IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY M. HERNANDEZ,                          1:06-CV-0810 OWW WMW P

          Plaintiff,                          ORDER TO SUBMIT NEW
                                             APPLICATION TO PROCEED
          vs.                                 IN FORMA PAUPERIS AND
                                             CERTIFIED COPY OF TRUST
K. MENDOZA-POWERS,                           ACCOUNT STATEMENT **OR**
et al.,                                      PAY FILING FEE

          Defendants.

_____/

On June 9, 2006, plaintiff, a state prisoner proceeding pro se, filed a civil rights

action pursuant to 42 U.S.C. § 1983, in the Northern District, together with an application to

proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a copy of his prison trust account

statement.  Plaintiff's case was transferred and received in the Eastern District on June 26, 2006.

Plaintiff's application to proceed in forma pauperis did not include the required original signature by

an authorized officer of the institution of incarceration, nor was the copy of plaintiff's prison trust

account statement certified.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity

to submit a new application to proceed in forma pauperis and a certified copy of his trust account

statement **or** pay the $350.00 filing fee.

1

Dockets.Justia.com

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2.  Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:    July 12, 2006                                        _____/s/  William M. Wunderlich_____
j14hj0                                                                     UNITED STATES MAGISTRATE JUDGE